Opinion issued December 21, 2006








 






In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00337-CR

____________


ARTHUR RAY LEVERTON, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 10th District Court

Galveston County, Texas

Trial Court Cause No. 04CR1380






MEMORANDUM OPINION

 On December 11, 2006, appellant filed a motion to dismiss the above-referenced appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion to withdraw the
appeal is granted and the appeal is dismissed. 

 Any other pending motions are dismissed as moot.

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Higley. 

Do not publish. Tex. R. App. P. 47.2(b).